**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIKA OLIVERA CORTES,**<br><br>*Petitioner*,<br><br>v.<br><br>**MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN OF ERO EL PASO CAMP EAST MONTANA; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,**<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-00124-LS** |

**FINAL JUDGMENT**

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 22, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**